United States Bankruptcy Court
Northern District of Ohio

| | |
|---|---|
| In re: | Case No. 21-10038-aih |
| Eric Matthew McCrann | Chapter 7 |
| Amy Nicole McCrann | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 08, 2021 | Form ID: 309A | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Nicole McCrann, 19409 Diagonal Road, Lagrange, OH 44050-9400 |
| db | + | Eric Matthew McCrann, 40068 Hope Court, Elyria, OH 44035-8194 |
| 26806241 | + | 360 Chestnut Commons Drive, Elyria, OH 44035-9604 |
| 26806243 | + | Attorney General of the United States, Main Justice Building, Washington, DC 20530-0001 |
| 26806248 | + | Dovenmuehle, 1 Corporate Drive Suite 360, Lake Zurich, IL 60047-8945 |
| 26806249 | + | Eagle Loan Company, 633 Chestnut Commons Dr, Elyria, OH 44035-9609 |
| 26806253 | + | Lendmark Financial Services LLC, 5222 Detroit Rd, Sheffield Village, OH 44035-1439 |
| 26806255 | | Office of the US Attorney, Attn Bankruptcy Section, Cleveland, OH 44113-1852 |
| 26806257 | + | Sterling Jewelers Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 26806259 | | University Hospitals Medical Practices, Inc, 630 E. Broad St, Elyria, OH 44035 |
| 26806258 | + | University hospitals, 11100 Euclid Ave, Cleveland, OH 44106-5000 |
| 26806260 | + | WeedPro, 842 Abbe Rd, Sheffield Village, OH 44054-2302 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: docket@ohbksource.com | Jan 08 2021 22:22:00 | William J. Balena, Balena Law Firm LLC, 31369 Saint Andrews, Westlake, OH 44145 |
| tr | + | EDI: QWJWOJCIK.COM | Jan 09 2021 02:08:00 | Waldemar J. Wojcik, 526 Superior Avenue, Leader Bldg. #211, Cleveland, OH 44114-1902 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Jan 08 2021 22:24:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 26806247 | | Email/Text: bankruptcy@creditfresh.com | Jan 08 2021 22:23:00 | CreditFresh, 200 Continental Dr, Suite 401, Newark, DE 19713 |
| 26806244 | + | EDI: CAPITALONE.COM | Jan 09 2021 02:08:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 26806245 | + | EDI: CAPIO.COM | Jan 09 2021 02:08:00 | Cleveland Clinic, PO Box 89410, Cleveland, OH 44101-6410 |
| 26806246 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 08 2021 22:12:50 | Credit One Bank NA, PO Box 60500, City of Industry, CA 91716-0500 |
| 26806250 | + | EDI: AMINFOFP.COM | Jan 09 2021 02:08:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 26806251 | + | EDI: FORD.COM | Jan 09 2021 02:08:00 | Ford Motor Credit Company, P.O. Box 105704, Atlanta, GA 30348-5704 |
| 26806252 | + | EDI: IRS.COM | Jan 09 2021 02:08:00 | Internal Revenue Service - Insolvency Group 6, 1240 E. 9th Street, Room 493, Cleveland, OH 44199-9904 |
| 26806254 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 08 2021 22:13:08 | LVNV Funding, P.O. Box 1269, Greenville, SC |

| 26806256 | Email/Text: bwilson@pendrickcp.com | 29602-1269 | |
| | | Jan 08 2021 22:23:00 | Pendrick Capital Partners LLC, 2331 Mill Road, Ste 510, Alexandria, VA 22314 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 26806242 | | Amy McCrann |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Waldemar J. Wojcik | wwojcik@wojciklpa.com  wwojcik@ecf.axosfs.com |
| William J. Balena | on behalf of Debtor Eric Matthew McCrann docket@ohbksource.com  janet@ohbksource.com |
| William J. Balena | on behalf of Debtor Amy Nicole McCrann docket@ohbksource.com  janet@ohbksource.com |

TOTAL: 3

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | Eric Matthew McCrann | Social Security number or ITIN | xxx–xx–6701 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Amy Nicole McCrann | Social Security number or ITIN | xxx–xx–4523 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Northern District of Ohio | Date case filed for chapter 7 | 1/6/21 |
| Case number: | 21–10038–aih | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eric Matthew McCrann | Amy Nicole McCrann |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 40068 Hope Court<br>Elyria, OH 44035 | 19409 Diagonal Road<br>Lagrange, OH 44050 |
| 4. | **Debtor's attorney**<br>Name and address | William J. Balena<br>Balena Law Firm LLC<br>31369 Saint Andrews<br>Westlake, OH 44145 | Contact phone (440) 365–2000<br><br>Email: docket@ohbksource.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Waldemar J. Wojcik<br>526 Superior Avenue<br>Leader Bldg. #211<br>Cleveland, OH 44114 | Contact phone (216) 241–2628<br><br>Email: wwojcik@wojciklpa.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page 1

| 6. **Bankruptcy clerk's office** <br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. <br>www.ohnb.uscourts.gov. | United States Bankruptcy Court <br>Howard M. Metzenbaum U.S. Courthouse <br>201 Superior Avenue <br>Cleveland, OH 44114–1235 | Hours open: <br>9:00 AM – 4:00 PM <br><br>Contact phone 216–615–4300 <br><br>Date: 1/8/21 |
|---|---|---|
| 7. **Meeting of creditors** <br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 11, 2021 at 01:00 PM** <br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br>*** Valid photo identification required *** <br>*** Proof of Social Security Number required *** | Location: <br><br>**341 meeting will be conducted remotely. Please check the docket or with the case trustee for procedures.** |
| 8. **Presumption of abuse** <br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** <br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br>**You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/12/21** |
| | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** <br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

21-10038-aih    Doc 9    FILED 01/10/21    ENTERED 01/11/21 00:14:06    Page 4 of 4